UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARAL ARTINE SAGHERIAN,<br><br>   Plaintiffs,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>   Defendant. | Case No.  1:20-cv-00340-BAM<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. No. 13) |

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Plaintiff to serve Defendant with Plaintiff's confidential letter brief is HEREBY EXTENDED to **September 13, 2020**. All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

   Dated:   **August 10, 2020**                    /s/ Barbara A. McAuliffe              _
                                                              UNITED STATES MAGISTRATE JUDGE

1