| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | DEBORAH LEE STACHEL, CSBN 230138 |
|   | Regional Chief Counsel, Region IX |
| 3 | CAROL S. CLARK, MOBN 42670 |
|   | Special Assistant United States Attorney |
| 4 |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, California 94105 |
|   |     Telephone: (415) 977-8975 |
| 6 |     Facsimile: (415) 744-0134 |
|   |     E-Mail:  Carol.S.Clark@ssa.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARAL ARTINE SAGHERIAN, | Case No.: 1:20-CV-00340-BAM |
|     Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME; ORDER |
| vs. | |
| ANDREW SAUL, | |
| Commissioner of Social Security, | |
|     Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (45) days from December 18, 2020, up to and including February 1, 2021.  This is the parties' first stipulation for an extension at Defendant's request.

Defendant requests this extension because the case was recently reassigned to the undersigned attorney for Defendant and the undersigned requires additional time in order to familiarize herself with the records in this case.  The undersigned states that subsequent to the reassignment, she had a Ninth Circuit oral argument, jury duty, and five medical appointments, impeding her ability to prepare a brief in this case.

Stip. for Ext.; 1:20-cv-00340-BAM                      1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  December 21, 2020         /s/  *Jonathan Pena**
                                  JONATHAN PENA
                                  Attorney for Plaintiff
                                  *as authorized via e-mail on December 21, 2020

Dated: December 21, 2020          McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                        By:       /s/  *Carol S. Clark*
                                  CAROL S. CLARK
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendant to respond to Plaintiff's Opening Brief is HEREBY EXTENDED to February 1, 2021. (Doc. No. 24.) All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

   Dated:   **December 22, 2020**            /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE